UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL COOK,

    Plaintiff,

v.

    Case No. 1:21-cv-817

    HON. JANE M. BECKERING

MICHIGAN DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

_____/

# ORDER

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed this civil rights action pursuant to 42 U.S.C. § 1983. Defendant John Davids filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 30). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 53) on January 9, 2023, recommending that this Court deny the motion and that an amended case management order setting new pre-trial deadlines enter. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 53) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 30) is DENIED.

Amended case management order to issue.

Dated: February 6, 2023                                        /s/ Jane M. Beckering
                                                                      JANE M. BECKERING
                                                                      United States District Judge